NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000804
09-AUG-2012
10:44 AM**

NO. CAAP-11-804


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


1680 KAPIOLANI LLC,
a Hawai'i limited liability company,
Plaintiff-Appellee,
v.
WAIKIKI SELF STORAGE, LLC,
a Hawai'i limited liability company,
SILVER OAKS INVESTMENTS, LLC, a California limited
liability company, DAVID DAVIES, aka DAVID L. DAVIES and
NICHOLAS LIMER, as Guarantors, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1RC09-1-6351)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Defendants-Appellants Waikiki Self Storage, LLC; Silver Oaks Investments, LLC; David Davies aka David L. Davies; and Nicholas Limer (Appellants): (a) filed a Notice of Appeal on November 3, 2011; (b) filed a jurisdictional statement on November 18, 2011; (c) obtained extensions of time to file the opening brief, extending the due date to May 18, 2012; and (d) did not file the

opening brief by May 18, 2012; (2) on July 12, 2012, the appellate clerk informed Appellants that: (a) the time to file the opening brief expired; (b) the matter would be called to the attention of the court on July 22, 2012; and (c) the appeal may be dismissed pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 30; and (3) Appellants did not file the opening brief or seek relief from default.  Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawaiʻi,  August 9, 2012.

Presiding Judge

Associate Judge

Associate Judge